WR-67,418-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/25/2015 4:48:11 PM
Accepted 6/26/2015 1:09:00 PM
ABEL ACOSTA
CLERK

DISTRICT ATTORNEY
JAIME E. ESPARZA

2015 JUN 25 PM 3:39

IN THE COURT OF CRIMINAL APPEALS

AND

384TH JUDICIAL DISTRICT COURT

2015 JUN 25 PM 3:39

EL PASO COUNTY, TEXAS

BY_____

RECEIVED
COURT OF CRIMINAL APPEALS
6/26/2015
ABEL ACOSTA, CLERK

EX PARTE MICHAEL JACQUES, Applicant

CAUSE NO. 20020D03178-168-2

No. WR-67,418-02

In the 384th District Court (transferred from the 168th District Court)

El Paso County, Texas

The Honorable Patrick Garcia, Judge Presiding

## JOINT MOTION FOR EXTENSION

COME NOW the Applicant, Michael Jacques, by and through his counsel, the El Paso County Public Defender's Office, and State of Texas, by and through her counsel, the Honorable Lily Stroud, and HEREBY jointly move the Court of Criminal Appeals grant the habeas court and counsel an extension from the current timeline of Wednesday, July 29, 2015, to Friday, the 30th of October, 2015. In support of the joint motion, the parties show:

1) The evidentiary hearing on the instant Application was held on June 16th and 23rd in the 384th District Court, with two different court reporters.

Joint Motion for Extension

2) The transcripts for the hearing have been requested and are necessary for the parties and the 384th District Court to utilize in the preparation of the parties' findings of fact and conclusions of law, and for the 384th District Court's review thereof and ultimate entry of its findings of fact and conclusions of law for submission to the Court.

3) It is believed that the preparation of such transcripts, and the parties' and the 384th District Court's findings of fact and conclusions of law will require additional time beyond the present deadline, and that due to the Court's vacation schedule, that a continuance must be requested at this time to ensure that the court reporters, the parties, and the 384th District Court can complete the remaining matters needed to comply with this Court's Order entered April 1st of this year.

4) Attached hereto is the affidavit of Lisa De Mello, the court reporter for the all day hearing held June 16, 2015, representing that she needs 60 days from today's date to complete the transcript for that portion of the hearing.

5) This is the first request for a continuance to extend the time to finish the matters remaining after the 384th District Court's evidentiary writ hearing. This Court previously granted an extension of 60 days for the 384th District Court

to resolve earlier fact issue regarding the compliance of the Applicant's memorandum with Rule 73.1(d) of the Texas Rules of Appellate Procedure.

6) The parties are jointly seeking this extension not for purposes of delay but to see that justice is done.

**WHEREFORE,** the parties respectfully request the Court grant this Joint Motion and extend the time for the parties and the Court to complete all matters pertaining to Application by Friday, October 30, 2015, and for any other relief deemed proper.

**EL PASO COUNTY PUBLIC DEFENDER**
**Attorneys for the Defendant**

By: _____
ERIC WILLARD
Deputy Public Defender
State Bar No. 00795745
500 E. San Antonio, Ste. 501
El Paso, Texas 79901
915)546-8185/FAX (915)546-8186

**JAIME ESPARZA**
**DISTRICT ATTORNEY**
**34TH JUDICIAL DISTRICT**

_____
LILY STROUD
ASST. DISTRICT ATTORNEY
DISTRICT ATTORNEY'S OFFICE
201 EL PASO COUNTY COURTHOUSE
500 E. SAN ANTONIO
EL PASO, TEXAS 79901
(915) 546-2059/FAX (915) 533-5520
SBN 24046929

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was hand-delivered to the Honorable Patrick Garcia, 384th District Court Judge at the 384th District Court, to the District Attorney's Office for the 34th Judicial District, and the El Paso County Public Defender's Office, all at 500 E. San Antonio, El Paso, Texas 79901, and to the Applicant, Michael Jacques, at the El Paso County Detention Facility, Cell 320, 801 Overland, El Paso, Texas 79901, on this the 25th day of June, 2015.



Ex parte: Michael Angelo Jacques
Cause Number 20020D03178-384-02

DISTRICT ATTORNEY
JAIME E. ESPARZA

2015 JUN 25 PM 1:50

## Court Reporter's Affidavit of For Extension of Time To File Record on Appeal

June 25, 2015

I, **Lisa Marie De Mello, CSR**, Official Court Reporter in and for the Council of Judges Administration of El Paso County, Texas received notice of Appeal in the above-referenced cause.

I am requesting an Extension of Time to file Reporter's Record . I will be able to file this Record within 60 days.   If I am able to complete and file the Reporter's Record sooner than this date, I will, of course, do so at the earliest opportunity.

/s/  Lisa Marie De Mello

Lisa Marie De Mello, CSR
CSR # 3313  Expiration: 12/31/15
Council of Judges Administration
500 East San Antonio, Room 101
El Paso, Texas  79901.
(915) 546-2000, ext. 4352
(915) 546-2019  (fax)
ldemello@epcounty.com

STATE OF TEXAS          }
COUNTY OF EL PASO

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 25 DAY OF June 20 15.

NOTARY PUBLIC

MARTHA A. BANALES
NOTARY PUBLIC
In and for the State of Texas
My commission expires
02-21-2016